UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

First American Payment Systems, LP,

                Plaintiff,      C.A. No. 8:22-02732-HMH

v.

All Pro Coolers, LLC and Joshua A. Grimm,

                              **OPINION & ORDER**

                Defendants.

This matter comes before the court on a motion for Attorneys' Fees. On November 4, 2022, Default Judgment was entered by the clerk in this case against the Defendants in the amount of One Hundred Six Thousand Two Hundred Forty-Five and 97/100 dollars ($106,245.97). After review, the contract at issue provides for the recovery of attorney's fees. Further, the court has reviewed the motion and affidavit in support thereof and finds that the amount of attorney's fees and costs requested is reasonable. Therefore, it is hereby,

**ORDERED** that the Plaintiff's motion for attorney's fees, docket number 13, is granted. The Plaintiff is awarded Attorney's Fees from Defendants All Pro Coolers, LLC and Joshua A. Grimm in the amount of Two Thousand, One Hundred Fifty and 00/100 ($2,150.00) Dollars and costs in the amount of Five Hundred Thirty-One and 20/100 ($531.20) Dollars for a total of Two Thousand, Six Hundred Eighty-One and 20/100 ($2,681.20) in attorney's fees and costs.

    **IT IS SO ORDERED**

November 17, 2022
Greenville, SC

                                        s/Henry M. Herlong, Jr.
                                        Senior United States District Judge